BLUM PAPER BOX CO., Appellant, *v.* SAM KALNER, Respondent.

Submitted November 27, 1950; decided January 4, 1951.

*Solomon Kaufman* for motion.
*Irving D. Neustein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.